CHARLES COHEN, Appellant, v. THOMAS E. MURRAY, JR., as Receiver of Interborough Rapid Transit Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Untermyer and Dore, JJ., dissent and vote to reverse and grant new trial.

WILLIAM H. PURVIN, on Behalf of Himself and All Other Creditors of the Estate of LOUIS L. GREY, Deceased, Appellant, v. HAROLD N. GREY et al., Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [See *post*, p. 869.]

MALVINA KREMER, Appellant, v. CHARLES H. KREMER, Respondent.— While the disposition made at Special Term might after a hearing prove to have been correct, we believe that on the facts alleged where the immediate welfare of an infant is involved the issue should not have been decided without a hearing. Order unanimously reversed, without costs, and the matter remitted to Special Term for the purpose of affording the parties an opportunity to present their proofs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

PAULINE W. BERWIN, Respondent, v. ELIZABETH NEWMAN et al., Appellants.— Order, so far as appealed from, unanimously reversed, with ten dollars costs and disbursements, and the motion for examination before trial of defendants in all respects denied, with leave to plaintiff to renew after service of reply, as directed in companion appeal decided herewith (*Berwin* v. *Newman, post,* p. 815). The examination of the defendants resident in California should be by commission (see *Fitzgerald* v. *Fitzgerald,* 262 App. Div. 708) and confined to matters material and necessary to establish plaintiff's right to an accounting, unless additional matters pleaded in the reply justify a broader examination. (*Struckler* v. *Teitz,* 206 App. Div. 436.) Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

PAULINE W. BERWIN, Respondent, v. ELIZABETH NEWMAN et al., Appellants.— Order denying defendants' motion to examine plaintiff before trial, so far as appealed from, unanimously affirmed, with ten dollars costs and disbursements, with leave to defendants to apply for further examination concerning the matters contained in their notice for examination, dated October 5, 1943, as remain at issue after service of reply directed in companion appeal decided herewith (*post,* p. 815). The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

PAULINE W. BERWIN, Respondent, v. ELIZABETH NEWMAN et al., Appellants.— Order unanimously modified by granting the motion to the extent of directing plaintiff to reply to the first four affirmative defenses contained in the answer of the defendants, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.